UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NENAN DIVISION

| | |
|---|---|
| Taurus Christler,<br><br>　　　Plaintiff,<br><br>v.<br><br>Republic Finance, LLC, and Experian Information Solutions, Inc.,<br><br>　　　Defendants. | Case No.: 3:24-cv-00123-TCB-RGV<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT REPUBLIC FINANCE, LLC** |

　　　Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Republic Finance, LLC ("Republic Finance"). Plaintiff and Republic Finance are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Republic Finance will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

　　　Dated:　　September 12, 2024

　　　　　　　　　　　　　　　　　　　　　*/s/ Esther Oise*
　　　　　　　　　　　　　　　　　　　　　Esther Oise, Esq. (GA Bar #686342)
　　　　　　　　　　　　　　　　　　　　　Oise Law Group PC
　　　　　　　　　　　　　　　　　　　　　2635 Governors Walk Blvd.
　　　　　　　　　　　　　　　　　　　　　Snellville, GA 30078
　　　　　　　　　　　　　　　　　　　　　Email: eoise.molaw@gmail.com
　　　　　　　　　　　　　　　　　　　　　Telephone: (770) 895-3736
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*