UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| Taurus Christler,<br><br>   Plaintiff,<br><br>v.<br><br>Republic Finance, LLC, and Experian Information Solutions, Inc.,<br><br>   Defendants. | Case No.: 3:24-cv-00123-TCB-RGV<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT REPUBLIC FINANCE, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Republic Finance hereby jointly stipulate that Republic Finance is dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Dated:  November 4, 2024

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: eoise.molaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

*/s/ Patrick Silloway*
Patrick Silloway
Georgia Bar No. 971966
Email: psilloway@balch.com
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
Attorney for Defendant Republic Finance, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*